(121 So. 918)

B. C. THARPE v. CITY OF BIRMINGHAM.
(6 Div. 353.)

Supreme Court of Alabama. April 18, 1929.

Windham & Countryman, of Birmingham, for petitioner.

FOSTER, J. Petition of B. C. Tharpe for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Tharpe v. City of Birmingham, 119 So. 594.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.